[Cite as *Grubb v. Unknown*, 2010-Ohio-4963.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

MELISSA J. GRUBB

    Plaintiff

    v.

UNKNOWN

    Defendant
    Case No. 2010-05668-AD

Deputy Clerk Daniel R. Borchert

<u>ENTRY OF DISMISSAL</u>

**{¶ 1}** On April 5, 2010, this court issued a Return of Complaint Form/Direction to Complete Form requiring plaintiff to file a corrected complaint naming an appropriate state entity as defendant or face dismissal of his case. Plaintiff was also ordered to pay the $25 filing fee or to file a poverty statement. Plaintiff has failed to comply with the court orders. Therefore, plaintiff's action is DISMISSED, without prejudice, pursuant to Civ.R. 41(B)(1). The court shall absorb the costs of this case.

 

_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

Melissa J. Grubb
2733 Baughman Avenue
Columbus, Ohio 43211

DRB/laa
Filed 6/11/10
Sent to S.C. reporter 10/11/10